possessed, purchased, received, sold and distributed to contraband cigarette smugglers or "runners".

24. On numerous occasions, defendants MOHAMED KAID, ALI KAID, MOHAMED ABUHAMRA, ALI ABUHAMRA, HUMAISAN, ALAWI, SALEH ABDULLAH, ALI ABUHAMRA, JR., AWEDI, HAMDAN, BERRO, BARNETT, HAYDOUS, ALMOZAHMI, ALHAJAJI, AL-FIASALY, NASIR, ALSHUBILI, AHMED, MIKHA, DANIEL, NABIL ABDULLAH, MOHAMED ABDULLAH, ODEFA, RMZY ABDULLAH, NAGIB AZIZ, ALJEMAN, FNU AZIZ, and others, conducted, and caused to be conducted, financial transactions consisting of purchases, sales, transfers, deliveries, and other dispositions of large quantities of contraband cigarettes supplied, shipped, transported, sold and distributed by defendants MARTIN, EMKE, SNYDER, and A.D. BEDELL COMPANY, INC.

25. On numerous occasions, defendant A.D. BEDELL COMPANY, INC., and others, conducted, and caused to be conducted, financial transactions at the Cattaraugus County Bank involving the proceeds of the specified unlawful activities identified above, such financial transactions consisting of, but not limited to, deposits of money, wire transfers of funds to cigarette manufacturers for the purchase of additional cigarettes, and payments of salaries, bonuses and benefits to various employees, including defendants MARTIN, EMKE, and SNYDER.

-18-

26.   On various occasions, defendant A.D. BEDELL COMPANY, INC., and others, delivered, and caused to be delivered, quantities of contraband cigarettes to locations other than a Native American smoke shop, so as to better promote the transfer of the contraband cigarettes to contraband cigarette runners, including defendant HAYDOUS.

27.   On various occasions, defendants MARTIN, EMKE, SNYDER, and A.D. BEDELL COMPANY, INC., placed, and caused to be placed, quantities of contraband cigarettes into the vehicles of contraband cigarette smugglers, to promote the illegal activities described herein.

28.   On various occasions, defendants MARTIN and A.D. BEDELL COMPANY, INC., permitted contraband cigarette smugglers, including defendants MOHAMED KAID and ALI KAID, to receive quantities of contraband cigarettes directly at the A.D. BEDELL COMPANY, INC., warehouse, to promote the illegal activities described herein.

29.   In 1994, the exact date being unknown, defendant MARTIN told an individual known to the Grand Jury that persons "are taking the cigarettes to Michigan to resell them."

30.   Commencing in or about late 1994 or early 1995, and continuing thereafter through at least April, 1997, the exact dates

-19-

being unknown, defendants MARTIN, EMKE, SNYDER, and A.D. BEDELL
COMPANY, INC., and others, prepared, and caused to be prepared,
orders, documents, and deliveries for contraband cigarettes
destined for cigarette smugglers, and thereafter separated these
orders from cigarette orders destined for legitimate sale.   The
contraband cigarette orders were referred to as "other orders,"
while the cigarettes destined for legitimate sale were referred to
as "store orders."

31.   Commencing in or about late 1994 or early 1995, and
continuing up to at least April, 1997, the exact dates being
unknown, the defendants and others, utilized codes and nicknames in
the ordering and packaging of contraband cigarettes to facilitate
the transfer of contraband cigarettes among the defendants, and to
conceal from law enforcement authorities and others the true
identities of the purchasers of the contraband cigarettes.

32.   In approximately early 1995, the exact date being
unknown, defendant MARTIN advised the owner of a Native American
smoke shop to use a facsimile machine to expedite the ordering of
contraband cigarettes from defendant A.D. BEDELL COMPANY, INC.

33.   In 1995, the exact date being unknown, various
defendants, including defendant MOHAMED KAID, and others, utilized
a facsimile machine to send orders for contraband cigarettes from

-20-

locations in Michigan to locations within the Western District of
New York, which orders were thereafter sent to defendant A.D.
BEDELL COMPANY, INC.

34.  On various occasions, defendant MOHAMED KAID, and others,
utilized a facsimile machine to send orders for contraband
cigarettes to defendant A.D. BEDELL COMPANY, INC., and on such
occasions, defendant A.D. BEDELL COMPANY, INC., and its employees,
falsely recorded the sale of the contraband cigarettes as if they
had been ordered by a Native American smoke shop.

35.  In or about April, 1995, the exact date being unknown,
defendants MARTIN, SNYDER, and A.D. BEDELL COMPANY, INC., opened
and thereafter maintained a second business account on behalf of a
Native American smoke shop, with the understanding that this second
account would be used for the ordering of contraband cigarettes
destined for the defendants and other contraband cigarette
smugglers.

36.  On or about June 21, 1995, defendant MARTIN collected
$104,095.30 for a delivery of contraband cigarettes to a Native
American smoke shop and thereafter, defendant A.D. BEDELL COMPANY,
INC., supplied cigarettes to contraband cigarette smugglers
utilizing the code name "John" and "Chuck".

-21-

37.    In or about May through August, 1995, defendant MARTIN authorized employees of defendant A.D. BEDELL COMPANY, INC., to accept money orders as payment for contraband cigarettes, and thereafter, defendants MOHAMED KAID, HAMDAN and AWEDI, paid for contraband cigarettes with money orders along with cash.    These money orders were deposited into the A.D. BEDELL COMPANY, INC., business bank account.

38.    Commencing in or about the summer of 1995, defendants MARTIN, SNYDER, and A.D. BEDELL COMPANY, INC., authorized a Native American smoke shop to maintain a large debt accruing from sales of contraband cigarettes.

39.    Sometime during the summer of 1995, the exact date being to the Grand Jury unknown, defendants MARTIN and A.D. BEDELL COMPANY, INC., appointed defendant SNYDER salesman for Native American accounts, to facilitate contraband cigarette smuggling among and between the defendants.

40.    On or about August 8, 1995, defendant MARTIN caused a person known to the Grand Jury to conduct a financial transaction at the Fleet Bank, located in Collins, New York, consisting of a withdrawal of $25,000, as partial payment for contraband cigarettes.

41.  On various occasions, defendant SNYDER provided security for deliveries of contraband cigarettes.

42.  On numerous occasions, defendants MARTIN, A.D. BEDELL COMPANY, INC., and others, provided employees of the A.D. BEDELL COMPANY, INC. with a document sometimes referred to as a "driver's cheat sheet," which document facilitated the delivery and sale of contraband cigarettes among the defendants and others.

43.  Continuously throughout the conspiracy, the contraband cigarettes provided by defendants MARTIN, EMKE, SNYDER, and A.D. BEDELL COMPANY, INC., were smuggled to and from locations in the Western District of New York, without either New York or Michigan cigarette excise taxes having been collected or paid.

44.  At various times, defendant MOHAMED KAID, and others, transmitted via international wire transmission proceeds which had been deposited into the Marine Midland Bank, located in Buffalo, N.Y., to various foreign banks, including the Yemen Commercial Bank, the Arab Jordan Investment Bank, and the Banque Indosuez Switzerland.

45.  Sometime during the time period of the conspiracy, the exact date being unknown, defendants EMKE and A.D. BEDELL COMPANY, INC., directed employees to fill and deliver orders destined for

-23-

cigarette smugglers the same day the orders were received, rather than wait the period of time required of other customers.

46. At various times, defendant MARTIN directed employees of defendant A.D. BEDELL COMPANY, INC., to wait at a Native American smoke shop until such time as payment was received from the contraband cigarette smugglers for the delivery of that day's cigarettes.

47. Throughout the conspiracy, defendant A.D. BEDELL COMPANY, INC., provided a Native American smoke shop with separate invoices for each quantity of contraband cigarettes ordered, purchased and received by defendants MOHAMED KAID, ALI KAID, MOHAMED ABUHAMRA, ALI ABUHAMRA, HUMAISAN, ALAWI, SALEH ABDULLAH, ALI ABUHAMRA, JR., AWEDI, HAMDAN, BERRO, BARNETT, HAYDOUS, ALMOZAHMI, ALHAJAJI, AL-FIASALY, NASIR, ALSHUBILI, AHMED, MIKHA, DANIEL, NABIL ABDULLAH, MOHAMED ABDULLAH, ODEFA, RMZY ABDULLAH, NAGIB AZIZ, ALJEMAN, FNU AZIZ, and other contraband cigarette smugglers. On many of these invoices, the defendant A.D. BEDELL COMPANY, INC., identified the defendant smugglers by name, code name, letter and code number. Defendant EMKE reviewed many of these invoices with employees of the defendant A.D. BEDELL COMPANY, INC., while defendant SNYDER's name appeared as salesman on many of these invoices.

48.    At various times, defendants MOHAMED KAID, ALI KAID, ALHAJAJI, NAGIB AZIZ, HUMAISAN, HAYDOUS, ALSHUBILI, MOHAMED ABDULLAH, AWEDI, BARNETT, BERRO, and others, rented and utilized rental vehicles, including vans, automobiles, and trucks, to transport unstamped and contraband cigarettes.

49.    At some time during 1995 or 1996, the exact date being unknown, defendants ALI KAID and SNYDER utilized an office inside a Native American smoke shop to coordinate the illegal activities committed by the defendants herein.    Thereafter, defendant SNYDER directed persons engaged in contraband cigarette smuggling to place their orders through defendant ALI KAID, as well as the business account of the Native American smoke shop.

50.    At various times, defendant A.D. BEDELL COMPANY, INC., sent two employees to a Native American smoke shop to expedite and facilitate the contraband cigarette smuggling, such that one employee counted the money for the delivery of contraband cigarettes, while the other employee unloaded the cigarettes or assisted in loading the smugglers' vehicles with contraband cigarettes.

51.    At various times, defendants ALI KAID, MOHAMED KAID, and HAYDOUS paid persons to take contraband cigarettes from the Western

-25-

District of New York and deliver them to locations within the State of Michigan.

52. On January 14, 1995, defendant ALI KAID received, transported, and possessed approximately 648,200 contraband cigarettes. Defendant MOHAMED ABDULLAH provided a credit card to be used to rent the vehicle used by defendant ALI KAID for this illegal activity.

53. On May 2, 1995, defendant ODEFA received, transported, and possessed approximately 202,400 contraband cigarettes.

54. On May 11, 1995, defendants ALI KAID and RMZY ABDULLAH received, transported, and possessed unstamped cigarettes.

55. On July 7, 1995, defendants HAMDAN and AWEDI received, transported, and possessed unstamped cigarettes.

56. On January 2, 1996, defendants BARNETT and BERRO received, transported, and possessed approximately 270,400 contraband cigarettes.

57. On May 15, 1996, defendant MOHAMED ABDULLAH received, transported, and possessed approximately 92,600 contraband cigarettes.

-26-

58.   On May 16, 1995, defendant MOHAMED KAID and another received,  transported,  and  possessed  approximately  494,600 contraband cigarettes.

59.  On June 21, 1995, defendants ALHAJAJI and ODEFA attempted evasive  action  from  law  enforcement  officials  in  Dearborn, Michigan.  Defendant  ALHAJAJI  possessed  a  large  quantity  of unstamped cigarettes in Michigan on this date.

60.    On  May  29,  1996,  defendant  ALSHUBILI  received, transported,  and  possessed  approximately  120,600  contraband cigarettes.   On or about that same time, defendant AL-FIASALY rented the vehicle utilized by defendant ALSHUBILI.

61.  On August 3, 1996, defendants MIKHA and DANIEL received, transported,  and  possessed  a  large  quantity  of  unstamped cigarettes.

62.   On August 16, 1996, defendant NAGIB AZIZ and another received,  transported,  and  possessed  approximately  276,000 contraband cigarettes.

63.    On  August  24,  1996,  defendant  HUMAISAN  received, transported,  and  possessed  approximately  402,000  contraband cigarettes.

64.    On  October  21,  1996,  defendant  ALAWI  received,
transported,  and  possessed  approximately  90,000  contraband
cigarettes.

65.    On November 4, 1996, defendants ALI ABUHAMRA and SALEH
ABDULLAH,  and  others,  received,  transported,  and  possessed
approximately 641,000 contraband cigarettes.

66.    On or about May 6, 1997, defendant HAYDOUS owned a
vehicle  utilized  by  another  person  to  receive,  possess  and
transport approximately 157,600 contraband cigarettes.

67.    At various times, defendants MARTIN, EMKE, SNYDER, and
A.D. BEDELL COMPANY, INC., prepared and caused to be prepared
documents falsely stating that unstamped cigarettes were being
distributed to a Native American smoke shop when, in truth and in
fact, and as the defendants well knew, the unstamped cigarettes
were distributed, shipped, transported, received and possessed to
and by defendants MOHAMED KAID, ALI KAID, MOHAMED ABUHAMRA, ALI
ABUHAMRA, HUMAISAN, ALAWI, SALEH ABDULLAH, ALI ABUHAMRA, JR.,
AWEDI, HAMDAN, BERRO, BARNETT, HAYDOUS, ALMOZAHMI, ALHAJAJI, AL-
FIASALY, NASIR, ALSHUBILI, AHMED, MIKHA, DANIEL, NABIL ABDULLAH,
MOHAMED ABDULLAH, ODEFA, RMZY ABDULLAH, NAGIB AZIZ, ALJEMAN, FNU
AZIZ, and other contraband cigarette smugglers.

-28-

All of the above in violation of Title 18, United States Code, Sections 1956(h) and 2.

## COUNTS TWO THROUGH NINETY-NINE

### (TRAFFICKING IN CONTRABAND CIGARETTES)

### The Grand Jury Further Charges:

68.   The factual allegations of paragraphs 1 through 67 of this Indictment are re-alleged and incorporated in each count below as if more fully set forth.

69.   On or about the dates listed below, in the Western District of New York and elsewhere, the below-listed defendants, and others, did knowingly and unlawfully ship, transport, receive, possess, sell, distribute and purchase contraband cigarettes, and did aid and abet the same.

| COUNT | DATE | DEFENDANTS |
|---|---|---|
| 2 | September 23, 1994 | PAGE MARTIN, A.D. BEDELL COMPANY, INC., ALI KAID, ABDO ALAWI |
| 3 | September 30, 1994 | PAGE MARTIN, A.D. BEDELL COMPANY, INC., ALI KAID, MOHAMED ABDULLAH, SALEH ABDULLAH |

-29-

| | | |
|---|---|---|
| 4 | October 22, 1994 | PAGE MARTIN, A.D. BEDELL COMPANY, INC., MOHAMED KAID |
| 5 | October 27, 1994 | PAGE MARTIN, A.D. BEDELL COMPANY, INC., MOHAMED KAID |
| 6 | November 16, 1994 | PAGE MARTIN, A.D. BEDELL COMPANY, INC., SHOAIB KAAID ALHAJAJI |
| 7 | December 1, 1994 | PAGE MARTIN, A.D. BEDELL COMPANY, INC., SHOAIB KAAID ALHAJAJI, ALI KAID, SALEH ABDULLAH, MOHAMED ODEFA |
| 8 | December 4, 1994 | PAGE MARTIN, A.D. BEDELL COMPANY, INC., AHMED NASIR, AHMED ALSHUBILI, MOHAMED KAID |
| 9 | December 5, 1994 | PAGE MARTIN, A.D. BEDELL COMPANY, INC., ALI KAID, RMZY ABDULLAH, ABDO ALAWI |
| 10 | December 8, 1994 | PAGE MARTIN, A.D. BEDELL COMPANY, INC., ALI KAID, SHOAIB KAAID ALHAJAJI |
| 11 | December 9, 1994 | PAGE MARTIN, A.D. BEDELL COMPANY, INC., ALI KAID, MOHAMED KAID, MOHAMED ABUHAMRA, AHMED ALSHUBILI, ABDO ALAWI |
| 12 | December 12, 1994 | PAGE MARTIN, A.D. BEDELL COMPANY, INC., SHOAIB KAAID ALHAJAJI, ALI ABUHAMRA, JR., ALI AL-FIASALY, ABDO ALAWI, MOHAMED KAID |
| 13 | December 16, 1994 | PAGE MARTIN, A.D. BEDELL COMPANY, INC., SHOAIB KAAID ALHAJAJI |

| 14 | December 20, 1994 | PAGE MARTIN, A.D. BEDELL COMPANY, INC., SALEH ABDULLAH |
| 15 | December 23, 1994 | PAGE MARTIN, A.D. BEDELL COMPANY, INC., SHOAIB KAAID ALHAJAJI |
| 16 | December 24, 1994 | PAGE MARTIN, A.D. BEDELL COMPANY, INC., ALI KAID, MOHAMED ODEFA |
| 17 | December 26, 1994 | PAGE MARTIN, A.D. BEDELL COMPANY, INC., SHOAIB KAAID ALHAJAJI, ALI KAID, MOHAMED ABDULLAH |
| 18 | December 27, 1994 | PAGE MARTIN, A.D. BEDELL COMPANY, INC., ALI KAID, SALEH ABDULLAH |
| 19 | December 28, 1994 | PAGE MARTIN, A.D. BEDELL COMPANY, INC., ALI KAID, MOHAMED KAID, AHMED NASIR, MOHAMED ODEFA |
| 20 | December 29, 1994 | PAGE MARTIN, A.D. BEDELL COMPANY, INC., ALI KAID |
| 21 | December 30, 1994 | PAGE MARTIN, A.D. BEDELL COMPANY, INC., SHOAIB KAAID ALHAJAJI, MOHAMED ODEFA, SALEH ABDULLAH, ABDO ALAWI |
| 22 | January 3, 1995 | PAGE MARTIN, KIRK SNYDER, A.D. BEDELL COMPANY, INC., SHOAIB KAAID ALHAJAJI, FNU AZIZ, MOHAMED ABUHAMRA |
| 23 | January 4, 1995 | PAGE MARTIN, A.D. BEDELL COMPANY, INC., SALEH ABDULLAH, MOHAMED KAID, ALI KAID, ABDO ALAWI |
| 24 | January 8, 1995 | PAGE MARTIN, A.D. BEDELL COMPANY, INC., MOHAMED |

|    |                    | ABUHAMRA, SHOAIB KAAID ALHAJAJI, MOHAMED KAID |
|----|--------------------|-----------------------------------------------|
| 25 | January 9, 1995    | PAGE MARTIN, A.D. BEDELL COMPANY, INC., MOHAMED ODEFA |
| 26 | January 10, 1995   | PAGE MARTIN, A.D. BEDELL COMPANY, INC., MOHAMED ABUHAMRA, SHOAIB KAAID ALHAJAJI |
| 27 | January 13, 1995   | PAGE MARTIN, A.D. BEDELL COMPANY, INC., ALI KAID |
| 28 | January 14, 1995   | PAGE MARTIN, A.D. BEDELL COMPANY, INC., ALI KAID |
| 29 | January 19, 1995   | PAGE MARTIN, KIRK SNYDER, A.D. BEDELL COMPANY, INC., MOHAMED ALMOZAHMI, MOHAMED ODEFA, NAGIB AZIZ |
| 30 | January 27, 1995   | PAGE MARTIN, KIRK SNYDER, A.D. BEDELL COMPANY, INC., ALI KAID, MOHAMED KAID |
| 31 | January 30, 1995   | PAGE MARTIN, KIRK SNYDER, A.D. BEDELL COMPANY, INC., AHMED NASIR, MOHAMED ALMOZAHMI |
| 32 | January 31, 1995   | PAGE MARTIN, KIRK SNYDER, A.D. BEDELL COMPANY, INC., ALI KAID, MOHAMED KAID, AHMED NASIR |
| 33 | February 13, 1995  | PAGE MARTIN, A.D. BEDELL COMPANY, INC., ALI KAID |
| 34 | February 15, 1995  | PAGE MARTIN, A.D. BEDELL COMPANY, INC., ALI KAID |
| 35 | February 16, 1995  | PAGE MARTIN, A.D. BEDELL COMPANY, INC., MOHAMED ALMOZAHMI, AHMED NASIR |

| | | |
|---|---|---|
| 36 | February 17, 1995 | PAGE MARTIN, KIRK SNYDER, A.D. BEDELL COMPANY, INC., ALI KAID, FNU AZIZ |
| 37 | February 20, 1995 | PAGE MARTIN, A.D. BEDELL COMPANY, INC., MOHAMED KAID, SHOAIB KAAID ALHAJAJI, AHMED ALSHUBILI |
| 38 | March 6, 1995 | PAGE MARTIN, A.D. BEDELL COMPANY, INC., ALI ABUHAMRA, JR. |
| 39 | March 8, 1995 | PAGE MARTIN, A.D. BEDELL COMPANY, INC., ALI KAID |
| 40 | March 20, 1995 | PAGE MARTIN, A.D. BEDELL COMPANY, INC., ALI KAID, SHOAIB KAAID ALHAJAJI |
| 41 | March 28, 1995 | PAGE MARTIN, KIRK SNYDER, A.D. BEDELL COMPANY, INC., ALI KAID, ALI ABUHAMRA |
| 42 | March 31, 1995 | PAGE MARTIN, KIRK SNYDER, A.D. BEDELL COMPANY, INC., ALI KAID, ABDO ALAWI |
| 43 | April 1, 1995 | PAGE MARTIN, A.D. BEDELL COMPANY, INC., ALI KAID, SHOAIB KAAID ALHAJAJI, MOHAMED ODEFA, MOHAMED ABDULLAH |
| 44 | April 2, 1995 | PAGE MARTIN, A.D. BEDELL COMPANY, INC., ALI KAID, ABDO ALAWI, MOHAMED ALMOZAHMI |
| 45 | April 3, 1995 | PAGE MARTIN, KIRK SNYDER, A.D. BEDELL COMPANY, INC., ALI KAID, ABDO ALAWI, ALI AL-FIASALY, ALI ABUHAMRA, RMZY ABDULLAH |

| 46 | April 5, 1995 | PAGE MARTIN, A.D. BEDELL COMPANY, INC., ALI KAID |
| 47 | April 9, 1995 | PAGE MARTIN, A.D. BEDELL COMPANY, INC., MOHAMED ALMOZAHMI |
| 48 | April 12, 1995 | PAGE MARTIN, A.D. BEDELL COMPANY, INC., ALI KAID, ABDO ALAWI |
| 49 | April 13, 1995 | PAGE MARTIN, A.D. BEDELL COMPANY, INC., ALI KAID |
| 50 | April 18, 1995 | PAGE MARTIN, A.D. BEDELL COMPANY, INC., ALI KAID, MOHAMED ALMOZAHMI, MOHAMED KAID |
| 51 | April 20, 1995 | PAGE MARTIN, A.D. BEDELL COMPANY, INC., ALI KAID, MOHAMED ALMOZAHMI, MOHAMED KAID, ABDO ALAWI, AHMED ALSHUBILI, RMZY ABDULLAH |
| 52 | May 6, 1995 | PAGE MARTIN, A.D. BEDELL COMPANY, INC., ABDO ALAWI |
| 53 | June 1, 1995 | PAGE MARTIN, KIRK SNYDER, A.D. BEDELL COMPANY, INC., MOHAMED ODEFA, ABDO ALAWI, SALEH ABDULLAH, MOHAMED ALMOZAHMI, ALI KAID |
| 54 | June 6, 1995 | PAGE MARTIN, A.D. BEDELL COMPANY, INC., ALI KAID, MOHAMED ODEFA |
| 55 | July 19, 1995 | PAGE MARTIN, A.D. BEDELL COMPANY, INC., HAMADA AWEDI, NADER HAMDAN |
| 56 | December 1, 1995 | PAGE MARTIN, KIRK SNYDER, A.D. BEDELL COMPANY, INC., AHMED NASIR |

-34-

| 57 | December 19, 1995 | PAGE MARTIN, KIRK SNYDER, A.D. BEDELL COMPANY, INC., ALI ABUHAMRA, MOHAMED ABUHAMRA |
| 58 | January 2, 1996 | PAGE MARTIN, KIRK SNYDER, A.D. BEDELL COMPANY, INC., HUSSAIN BERRO, HARRIS BARNETT |
| 59 | March 29, 1996 | PAGE MARTIN, KIRK SNYDER, A.D. BEDELL COMPANY, INC., ALI ABUHAMRA, JR. |
| 60 | April 17, 1996 | PAGE MARTIN, KIRK SNYDER, A.D. BEDELL COMPANY, INC., ALI ABUHAMRA, JR., ALI AL-FIASALY |
| 61 | April 18, 1996 | PAGE MARTIN, KIRK SNYDER, A.D. BEDELL COMPANY, INC., ALI ABUHAMRA, JR., ALI AL-FIASALY |
| 62 | April 19, 1996 | PAGE MARTIN, KIRK SNYDER, A.D. BEDELL COMPANY, INC., ALI AL-FIASALY |
| 63 | April 20, 1996 | PAGE MARTIN, KIRK SNYDER, A.D. BEDELL COMPANY, INC., ALI AL-FIASALY, ALI ABUHAMRA, JR. |
| 64 | April 22, 1996 | PAGE MARTIN, KIRK SNYDER, A.D. BEDELL COMPANY, INC., ALI ABUHAMRA, JR., AHMED NASIR, AHMED ALSHUBILI |
| 65 | April 24, 1996 | PAGE MARTIN, KIRK SNYDER, A.D. BEDELL COMPANY, INC., ALI |

| | | ABUHAMRA, JR., AHMED NASIR |
|---|---|---|
| 66 | April 25, 1996 | PAGE MARTIN, KIRK SNYDER, A.D. BEDELL COMPANY, INC., MOHAMED ABDULLAH, NABIL ABDULLAH, NAGIB AZIZ |
| 67 | April 27, 1996 | PAGE MARTIN, KIRK SNYDER, A.D. BEDELL COMPANY, INC., ALI ABUHAMRA, JR., AHMED NASIR, ALI AL-FIASALY |
| 68 | April 30, 1996 | PAGE MARTIN, KIRK SNYDER, A.D. BEDELL COMPANY, INC., ALI KAID, MOHAMED ODEFA |
| 69 | May 2, 1996 | PAGE MARTIN, KIRK SNYDER, A.D. BEDELL COMPANY, INC., ALI KAID |
| 70 | May 4, 1996 | PAGE MARTIN, KIRK SNYDER, A.D. BEDELL COMPANY, INC., ALI KAID, ABDO ALAWI |
| 71 | May 6, 1996 | PAGE MARTIN, KIRK SNYDER, A.D. BEDELL COMPANY, INC., ALI ABUHAMRA, JR. |
| 72 | May 9, 1996 | PAGE MARTIN, KIRK SNYDER, A.D. BEDELL COMPANY, INC., ALI KAID |
| 73 | May 10, 1996 | PAGE MARTIN, KIRK SNYDER, A.D. BEDELL COMPANY, INC., ALI KAID, SALEH ABDULLAH, ABDO ALAWI |
| 74 | May 11, 1996 | PAGE MARTIN, KIRK SNYDER, A.D. BEDELL COMPANY, INC., NABIL ABDULLAH, MOHAMED ABDULLAH |

| 75 | May 15, 1996 | PAGE MARTIN, KIRK SNYDER, A.D. BEDELL COMPANY, INC., ALI ABUHAMRA, JR. |
| 76 | May 16, 1996 | PAGE MARTIN, KIRK SNYDER, A.D. BEDELL COMPANY, INC., MENAL MIKHA, ALI ABUHAMRA, JR., SAM DANIEL, ALI AL-FIASALY |
| 77 | May 20, 1996 | PAGE MARTIN, KIRK SNYDER, A.D. BEDELL COMPANY, INC., MENAL MIKHA, SAM DANIEL |
| 78 | May 24, 1996 | PAGE MARTIN, KIRK SNYDER, A.D. BEDELL COMPANY, INC., MENAL MIKHA, ALI ABUHAMRA, JR., SAM DANIEL, ALI AL-FIASALY, AHMED ALSHUBILI |
| 79 | May 25, 1996 | PAGE MARTIN, KIRK SNYDER, A.D. BEDELL COMPANY, INC., ALI KAID, NABIL ABDULLAH, MOHAMED ABDULLAH, SALEH ABDULLAH |
| 80 | May 31, 1996 | PAGE MARTIN, KIRK SNYDER, A.D. BEDELL COMPANY, INC., ALI KAID, ABDO ALAWI, SALEH ABDULLAH |
| 81 | June 1, 1996 | PAGE MARTIN, KIRK SNYDER, A.D. BEDELL COMPANY, INC., AHMED ALSHUBILI, ALI AL-FIASALY |
| 82 | June 4, 1996 | PAGE MARTIN, KIRK SNYDER, A.D. BEDELL COMPANY, INC., ALI KAID, AREF AHMED, KHALED HUMAISAN |

| 83 | June 5, 1996 | PAGE MARTIN, KIRK SNYDER, A.D. BEDELL COMPANY, INC., AHMED ALSHUBILI, ALI AL-FIASALY, NABIL ABDULLAH, MOHAMED ABDULLAH |
| 84 | June 15, 1996 | PAGE MARTIN, KIRK SNYDER, A.D. BEDELL COMPANY, INC., ALI KAID, ALI AL-FIASALY, NAGIB AZIZ |
| 85 | June 21, 1996 | PAGE MARTIN, KIRK SNYDER, A.D. BEDELL COMPANY, INC., MOHAMED ABDULLAH |
| 86 | June 29, 1996 | PAGE MARTIN, KIRK SNYDER, A.D. BEDELL COMPANY, INC., AHMED ALSHUBILI, ALI AL-FIASALY |
| 87 | July 11, 1996 | PAGE MARTIN, KIRK SNYDER, A.D. BEDELL COMPANY, INC., NABIL ABDULLAH, KHALED ALJEMAN |
| 88 | August 1, 1996 | PAGE MARTIN, KIRK SNYDER, A.D. BEDELL COMPANY, INC., MOHAMED ABDULLAH |
| 89 | August 8, 1996 | PAGE MARTIN, KIRK SNYDER, A.D. BEDELL COMPANY, INC., NABIL ABDULLAH, SALEH ABDULLAH |
| 90 | August 23, 1996 | PAGE MARTIN, KIRK SNYDER, A.D. BEDELL COMPANY, INC., SALEH ABDULLAH, AREF AHMED |
| 91 | August 30, 1996 | PAGE MARTIN, KIRK SNYDER, A.D. BEDELL COMPANY, INC., ALI AL-FIASALY |

| | | |
|---|---|---|
| 92 | September 5, 1996 | PAGE MARTIN, KIRK SNYDER, A.D. BEDELL COMPANY, INC., RMZY ABDULLAH |
| 93 | September 12, 1996 | PAGE MARTIN, KIRK SNYDER, A.D. BEDELL COMPANY, INC., ALI KAID, AREF AHMED |
| 94 | September 30, 1996 | PAGE MARTIN, KIRK SNYDER, A.D. BEDELL COMPANY, INC., ALI KAID, SALEH ABDULLAH, RMZY ABDULLAH, AREF AHMED, MOHAMED ODEFA |
| 95 | October 3, 1996 | PAGE MARTIN, KIRK SNYDER, A.D. BEDELL COMPANY, INC., ALI KAID, MOHAMED ABDULLAH, AREF AHMED |
| 96 | October 8, 1996 | PAGE MARTIN, KIRK SNYDER, A.D. BEDELL COMPANY, INC., RMZY ABDULLAH, ALI KAID |
| 97 | January 27, 1997 | PAGE MARTIN, KIRK SNYDER, A.D. BEDELL COMPANY, INC., ALI KAID, AREF AHMED, MENAL MIKHA |
| 98 | May 6, 1997 | PAGE MARTIN, A.D. BEDELL COMPANY, INC., FADI HAYDOUS |
| 99 | July 31, 1997 | PAGE MARTIN, A.D. BEDELL COMPANY, INC., SAM DANIEL, MENAL MIKHA |

Each of the above counts being in violation of Title 18, United States Code, Sections 2342(a) and 2344(a), and Title 18, United States Code, Section 2.

<u>COUNT ONE HUNDRED</u>

**(RACKETEERING CONSPIRACY)**

**The Grand Jury Further Charges:**

70.  The factual allegations contained in Paragraphs 1 through 18, 20, and 22 through 69 of this Indictment are re-alleged and incorporated herein by reference as if more fully set forth.

71. Beginning in or about the summer of 1994, and continuing thereafter up to and including 1998, the exact dates being unknown to the Grand Jury, in the Western District of New York and elsewhere, the defendants, PAGE MARTIN, RICHARD EMKE, KIRK SNYDER, A.D. BEDELL COMPANY, INC., MOHAMED KAID, and ALI KAID, together with other persons both known and unknown, being persons employed by and associated with an Enterprise, which was engaged in, and the activities of which affected interstate and foreign commerce, unlawfully did willfully and knowingly combine, conspire, confederate and agree, together, with each other, and with others, to violate Title 18, United States Code, Section 1962(c); namely, to unlawfully conduct and participate, directly and indirectly, in the conduct of the affairs of the Enterprise through a pattern of racketeering activity consisting of:

-40-

a) multiple violations of the contraband cigarette smuggling statutes, Title 18, United States Code, Sections 2342(a) and (b), 2343(a), 2344(a), and 2; and

b) multiple violations of the wire fraud statute, in violation of Title 18, United States Code, Section 1343 and Title 18, United States Code, Section 2, in that the defendants and others, known and unknown, having devised a scheme and artifice to defraud the States of Michigan and New York of millions of dollars of cigarette excise tax revenues, and for obtaining money and property by means of false and fraudulent pretenses, representations and promises, transmitted and caused to be transmitted by means of wire communication in interstate and foreign commerce, writings, signs, signals, pictures, and sounds for the purpose of executing such scheme and artifice.

72. The enterprise which existed in the Western District of New York and elsewhere, in the time period 1994 through 1997, consisted of an "Enterprise" as that term is defined in Title 18, United States Code, Section 1961(4); namely, a group of individuals and a corporation associated in fact, consisting of the defendants, MARTIN, EMKE, SNYDER, A.D. BEDELL COMPANY, INC., MOHAMMED KAID, ALI KAID, and others, both known and unknown.

-41-

73.  It was a part of the conspiracy that during the aforesaid period, the defendants, MARTIN, EMKE, SNYDER, A.D. BEDELL COMPANY, INC., MOHAMED KAID, and ALI KAID, together with others, agreed that a conspirator would commit at least two acts of racketeering activity in the conduct of the affairs of the Enterprise.

All of the above in violation of Title 18, United States Code, Section 1962(d).

### COUNT ONE HUNDRED AND ONE

### (MONEY LAUNDERING FORFEITURE)

**The Grand Jury Further Charges:**

From their convictions from Count One of the Indictment, the defendants, MOHAMED KAID, ALI KAID, PAGE MARTIN, MOHAMED ABUHAMRA, ALI ABUHAMRA, KHALED HUMAISAN, ABDO ALAWI, SALEH ABDULLAH, ALI ABUHAMRA, JR., HAMADA AWEDI, NADER HAMDAN, HUSSAIN BERRO, HARRIS BARNETT, FADI HAYDOUS, MOHAMED ALMOZAHMI, RICHARD EMKE, KIRK SNYDER, A.D. BEDELL COMPANY, INC., SHOAIB KAAID ALHAJAJI, ALI AL-FIASALY, AHMED NASIR, AHMED ALSHUBILI, AREF AHMED, MENAL MIKHA, SAM DANIEL, NABIL ABDULLAH, MOHAMED ABDULLAH, MOHAMED ODEFA, RMZY ABDULLAH, NAGIB AZIZ, KHALED ALJEMAN, and FNU AZIZ, jointly and severally, shall forfeit the following property to the United

-42-

States, all pursuant to Title 18, United States Code, Section 982(a)(1):

74. The sum of SEVENTY MILLION DOLLARS ($70,000,000) United States Currency.

75. All of the defendants A.D. BEDELL COMPANY, INC.'s and PAGE MARTIN's ownership, interests and rights in the company known as A.D. Bedell Company, Inc., including but not limited to all stock ownership, stock certificates, real estate, pension and savings plans, partner equity agreements, accounts receivable, financial institution accounts and licenses, specifically including the following property:

a)  Any and all legal or equitable interest in A.D. Bedell Company, Inc.'s Investment Fund at Fleet Bank under the name Galaxy ACCSS Acct., number 9401445597;

b)  Any and all legal or equitable interest in PAGE MARTIN and Michelle Martin's JTWROS Investment Fund at Salomon Smith Barney, number 368-04669-13;

c)  Any and all legal or equitable interest in PAGE MARTIN's ACF Justin Martin Investment Fund at Salomon Smith Barney, account number 368-08371-13;

-43-

d)   Any and all legal or equitable interest in PAGE MARTIN's ACF Jason Martin Investment Fund at Salomon Smith Barney, account number 368-08372-12;

e)   Any and all legal or equitable interest in the defendants' interest in the unit of the Disney Vacation Club at Walt Disney World Resort, as set forth in Contract No. 34785.000 between Disney Vacation Development, Inc., and A.D. BEDELL, as signed by PAGE MARTIN, as recorded in the Orange County, Florida, Deed Book 5458 at Page 4493;

f)   Any and all legal or equitable interest in any and all retirement plans, IRAs, A.D. Bedell Company, Inc., pension plans, 401(k) plan(s), and/or any profit-sharing fund, including but not limited to, said defendant PAGE MARTIN's present and future interest in any such accounts held, managed, or monitored by Actuarial Consulting Services, Inc., 25 Hazelwood Drive, Amherst, New York  14228;

g)   Any and all legal or equitable interest in a note receivable from KIRK SNYDER in favor of A.D. Bedell Company, Inc., in the original amount of $27,500, bearing an annual interest rate if 9.5%, issued on September 20, 1998, with payments commencing on October 20, 1998;

h)   Any and all legal or equitable interest in a loan with accumulated interest owed to Page Martin by A.D. Bedell Company, Inc., as referenced in the fiscal year ending September 30, 1998 Trial Balance of A.D. Bedell Company, Inc., as prepared by R.A. Mercer Company, CPA, with a value at September 30, 1998 of $880,578.54 as of September 30, 1998;

i)   Any and all legal or equitable interest in the cash value of any and all life insurance policies, owned by A.D. Bedell Company, Inc., on the life of Page Martin.

All pursuant to the provisions of Title 18, United States Code, Section 982(a)(1).

76.   If any of the property described in Paragraphs 74 and 75 of this Count, as a result of any act or omission of any defendant,

a)   cannot be located upon the exercise of due diligence;

b)   has been transferred or sold to, or deposited with, a third party;

c)   has been placed beyond the jurisdiction of the court;

d)   has been substantially diminished in value; or

-45-

e)  has been commingled with other property which cannot be divided without difficulty,

the court shall order the forfeiture of any other property of the defendants up to the value of SEVENTY MILLION DOLLARS ($70,000,000) United States Currency, not limited to the following:

## REAL PROPERTY

a)  As to defendant PAGE MARTIN, the premises and real property with all buildings, appurtenances and improvements located at 5003 Whig Street, Little Valley, New York, as more fully described in a certain deed recorded in the Cattaraugus County Clerk's Office in Liber 774 of Deeds at Page 798.

b)  As to the defendant KIRK SNYDER, the premises and real property with all buildings, appurtenances and improvements located at 418 Court Street, Little Valley, New York, as more fully described in a certain deed recorded in the Cattaraugus County Clerk's Office in Liber 758 of Deeds at Page 40.

c)  As to the defendant KIRK SNYDER, the premises and real property with all buildings, appurtenances and improvements located at New York State Route 242, Little Valley, New York, as

-46-

more fully described in a certain deed recorded in the Cattaraugus County Clerk's Office in Liber 889 of Deeds at Page 1120.

d)  As to defendant MOHAMED ABUHAMBRA, the premises and real property with all buildings, appurtenances, and improvements located at 282 Moselle Street, Buffalo, New York, that is, all that tract or parcel of land, situate in the City of Buffalo, County of Erie, and State of New York, and more particularly described in a deed recorded in the Erie County Clerk's Office in Book 9224 of Deeds at Page 541.

e)  As to defendant MOHAMED ABUHAMBRA, the premises and real property with all buildings, appurtenances, and improvements located at 24 Palm Street, Lackawanna, New York, that is, all that tract or parcel of land, situate in the City of Lackawanna, County of Erie, and State of New York, and more particularly described in a deed recorded in the Erie County Clerk's Office in Book 10283 of Deeds at Page 853.

f)  As to defendants MOHAMED KAID and ALI ABUHAMBRA, the premises and real property with all buildings, appurtenances, and improvements located at 1522 Genesee Street, Buffalo, New York, that is, all that tract or parcel of land, situate in the City of Buffalo, County of Erie, and State of New York, and more

-47-

particularly described in a deed recorded in the Erie County Clerk's Office in Book 10714 of Deeds at Page 528.

All pursuant to the provisions of Title 18, United States Code, Sections 982(b)(1) and Title 21, United States Code, Section 853(p).

## COUNT ONE HUNDRED AND TWO

### (RICO FORFEITURE)

### The Grand Jury Further Charges:

From their convictions from Count One Hundred of the Indictment, the defendants, MOHAMED KAID, ALI KAID, PAGE MARTIN, RICHARD EMKE, KIRK SNYDER, and A.D. BEDELL COMPANY, INC., jointly and severally, shall forfeit the following property to the United States, all pursuant to Title 18, United States Code, Section 1963:

77. The sum of SEVENTY MILLION DOLLARS ($70,000,000) United States Currency.

78. All of the defendants A.D. BEDELL COMPANY, INC.'s and PAGE MARTIN's ownership, interests and rights in the company known as A.D. Bedell Company, Inc., including but not limited to all stock ownership, stock certificates, real estate, pension and

-48-

savings plans, partner equity agreements, accounts receivable, financial institution accounts and licenses, specifically including the following property:

a)   Any and all legal or equitable interest in A.D. Bedell Company, Inc.'s Investment Fund at Fleet Bank under the name Galaxy ACCSS account number 9401445597;

b)   Any and all legal or equitable interest in PAGE MARTIN and Michelle Martin's JTWROS Investment Fund at Salomon Smith Barney, number 368-04669-13;

c)   Any and all legal or equitable interest in PAGE MARTIN's ACF Justin Martin Investment Fund at Salomon Smith Barney, account number 368-08371-13;

d)   Any and all legal or equitable interest in PAGE MARTIN's ACF Jason Martin Investment Fund at Salomon Smith Barney, account number 368-08372-12;

e)   Any and all legal or equitable interest in the defendants' interest in the unit of the Disney Vacation Club at Walt Disney World Resort, as set forth in Contract No. 34785.000 between Disney Vacation Development, Inc., and A.D. BEDELL, as

signed by PAGE MARTIN, as recorded in the Orange County, Florida, Deed Book 5458 at Page 4493;

      f)  Any and all legal or equitable interest in any and all retirement plans, IRAs, A.D. Bedell Company, Inc., pension plans, 401(k) plan(s), and/or any profit-sharing fund, including but not limited to, said defendant PAGE MARTIN's present and future interest in any such accounts held, managed, or monitored by Actuarial Consulting Services, Inc., 25 Hazelwood Drive, Amherst, New York 14228;

      g)  Any and all legal or equitable interest in a note receivable from KIRK SNYDER in favor of A.D. Bedell Company, Inc., in the original amount of $27,500, bearing an annual interest rate if 9.5%, issued on September 20, 1998, with payments commencing on October 20, 1998;

      h)  Any and all legal or equitable interest in a loan with accumulated interest owed to Page Martin by A.D. Bedell Company, Inc., as referenced in the fiscal year ending September 30, 1998 Trial Balance of A.D. Bedell Company, Inc., as prepared by R.A. Mercer Company, CPA, with a value at September 30, 1998 of $880,578.54 as of September 30, 1998;

-50-

i)  Any and all legal or equitable interest in the cash value of any and all life insurance policies, owned by A.D. Bedell Company, Inc., on the life of Page Martin.

79.  All of the defendant KIRK SNYDER's ownership, interests and rights in the company known as A.D. Bedell Company, Inc., including but not limited to all stock ownership, stock certificates, real estate, pension and savings plans, partner equity agreements, accounts receivable, financial institution accounts and licenses, and the following property:

the premises and real property with all buildings, appurtenances and improvements located at New York State Route 242, Little Valley, New York, as more fully described in a certain deed recorded in the Cattaraugus County Clerk's Office in Liber 889 of Deeds at Page 1120.

All pursuant to the provisions of Title 18, United States Code, Section 1963(a)(1), (a)(2), and (a)(3).

80.  If any of the property described in Paragraphs 77, 78, and 79 of this Count, as a result of any act or omission of any defendant,

a)  cannot be located upon the exercise of due diligence;

-51-

b)    has been transferred or sold to, or deposited with, a third party;

c)   has been placed beyond the jurisdiction of the court;

d)    has been substantially diminished in value; or

e)    has been commingled with other property which cannot be divided without difficulty,

the court shall order the forfeiture of any other property of the defendants up to the value of SEVENTY MILLION DOLLARS ($70,000,000) United States Currency, not limited to the following:

### REAL PROPERTY

a)    As to the defendant PAGE MARTIN, the premises and real property with all buildings, appurtenances and improvements located at 5003 Whig Street, Little Valley, New York, as more fully described in a certain deed recorded in the Cattaraugus County Clerk's Office in Liber 774 of Deeds at Page 798.

b)    As to the defendant KIRK SNYDER, the premises and real property with all buildings, appurtenances and improvements

located at 418 Court Street, Little Valley, New York, as more fully described in a certain deed recorded in the Cattaraugus County Clerk's Office in Liber 758 of Deeds at Page 40.

c)    As to the defendant KIRK SNYDER, the premises and real property with all buildings, appurtenances and improvements located at New York State Route 242, Little Valley, New York, as more fully described in a certain deed recorded in the Cattaraugus County Clerk's Office in Liber 889 of Deeds at Page 1120.

All pursuant to the provisions of Title 18, United States Code, Section 1963(m).

DATED:  Buffalo, New York, September 22, 1999.

_Richard D. Endler_

DENISE E. O'DONNELL
United States Attorney

A TRUE BILL:

_Mary Knott_

FOREPERSON

-53-

FORM DBD-34

JUN #5

No. 99-CR-

# UNITED STATES DISTRICT COURT

*Western District of New York*
*Organized Crime Division*

## THE UNITED STATES OF AMERICA

vs.

MOHAMED KAID, ALI KAID, PAGE MARTIN, MOHAMED
ABUHAMRA, ALI ABUHAMRA, KHALED HUMAISAN, ABDO
ALAWI, SALEH ABDULLAH, ALI ABUHAMRA, JR., HAMADA
AWEDI, NADER HAMDAN, HUSSAIN BERRO, HARRIS
BARNETT, FADI HAYDOUS, MOHAMED ALMOZAHMI,
RICHARD EMKE, KIRK SNYDER, A.D. BEDELL COMPANY,
INC., SHOAIB KAAD ALHAJAJ, ALI AL-FIASALY, AHMED
NASIR, AHMED ALSHUBILI, AREF AHMED, MENAL MIKHA,
SAM DANIEL, NABIL ABDULLAH, MOHAMED ABDULLAH,
MOHAMED ODEFA, RMZY ABDULLAH NAGIB AZIZ,
KHALED ALJEMAN, and FNU AZIZ

## INDICTMENT

A true bill.

_____
                    Foreman

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 19* ____

_____
                    Clerk

Bail, $ _____

_____