UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES,

    Plaintiff,

vs.                                              Cr. Case No. 2:05-cr-80598-GER-1
                                                   Hon. Gerald Rosen

FADI HAYDOUS,

    Defendant.
_____/

**DEFENDANT'S MOTION FOR TERMINATION OF**
**BALANCE OF SUPERVISED RELEASE**

Defendant Fadi Haydous, by his undersigned counsel, moves for termination of supervised release in the above-captioned case, pursuant to 18 U.S.C. §3583(e)(1).

1.    Defendant was sentenced in this case in the Western District of New York on March 3, 2004 to a term of imprisonment and a term of supervised release of three (3) years. Defendant served his term of imprisonment.

2.    Defendant was sentenced in this District, in Case No. 03-cr-80406, to a concurrent term of imprisonment of 27 months, a consecutive term of imprisonment of one day, pursuant to U.S.S.G. §2J1.7, and to a concurrent term of supervised release of two years.

3.    On June 30, 2005, jurisdiction of the case, originally filed in the Western District of New York, was transferred to this jurisdiction, where the Defendant has been under the supervision of B. Moore, U.S. Probation Officer, in both cases.

4.    The concurrent two-year term of supervised release imposed by this Court has been served and will expire in or around April 1, 2007. The term of supervised release in the

{33306\1\DT241040.DOC;1}

case transferred from the Western District of New York will expire on April 7, 2008, without modification by this Court's order.

5. Defendant has conducted himself in an exemplary manner while released and it is in the interest of justice to modify the term of supervised release in this transferred case to discharge the Defendant after the two-year period of supervised release, expiring in Case No. 03-cr-80406-1.

6. Defendant requests the opportunity to appear before the Court to address the criteria of 18 U.S.C. §3583(e)(1), if required by the Court after consultation with the U.S. Probation Department.

7. Defendant's counsel attempted to contact counsel for the Government, Ken Chadwell, on February 23, 2007, seeking concurrence but was unable to reach Mr. Chadwell.

WHEREFORE, Defendant Fadi Haydous requests this Court enter an order terminating his supervised release on April 1, 2007.

>Respectfully submitted,
>
>*/s/ Robert E. Forrest*
>ROBERT E. FORREST (P32733)
>KERR, RUSSELL AND WEBER, PLC
>Counsel for Defendant Fadi Haydous
>500 Woodward Avenue, Suite 2500
>Detroit MI 48226
>Bus: 313.961.0200
>ref@krwlaw.com

Dated: February 28, 2007

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES,

    Plaintiff,

vs.                                                  Cr. Case No. 2:05-cr-80598-GER-1
                                                          Hon. Gerald Rosen

FADI HAYDOUS,

    Defendant.
_____/

**MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION FOR
TERMINATION OF BALANCE OF SUPERVISED RELEASE**

**I.    STATEMENT OF FACTS**

Defendant, Fadi Haydous, defers to the recommendation of the supervising Probation Officer in this case. Defendant believes that he has conducted himself appropriately during the two-year concurrent period of supervised release in both cases on which he was sentenced, and that it is in the interest of justice to modify the longer term of supervised release from the transferred case from the Western District of New York.[1]

**II.    APPLICABLE LAW**

18 U.S.C. §3583(e) provides:

Modification of Conditions or Revocation – The Court may, after considering the factors set forth in Section 3583(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7) –

    (1)    Terminate a term of supervised release and discharge the defendant related at any time after the expiration of one year of supervised release pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released in the interest of justice.

---

[1] Defendant will continue to pay the monthly restitution that he has been paying after termination of the supervised release under monitoring by the Civil Fines Section of the U.S. Attorney's Office.

The Defendant would be pleased to appear before this Court, if necessary, and address each of the factors in the statute which he believes weigh in favor of this Court's modification of the concurrent period of supervised release to terminate the additional year imposed in the Western District of New York.

### III.   CONCLUSION

Defendant Fadi Haydous respectfully requests that this Court enter an order modifying the term of supervised release, ordering its expiration as of April 1, 2007, after review of the US Probation Department's recommendation.  We urge that the Court hold a hearing, if it deems necessary, so that Defendant may adequately address all of the factors which weigh in favor of the termination of his supervised release term.

Respectfully submitted,

*/s/ Robert E. Forrest*
ROBERT E. FORREST (P32733)
KERR, RUSSELL AND WEBER, PLC
Counsel for Defendant Fadi Haydous
500 Woodward Avenue, Suite 2500
Detroit MI 48226
Bus: 313.961.0200

Dated: February 28, 2007              ref@krwlaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2007, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to all ECF participants.

By:   */s/ Robert E. Forrest*
Robert E. Forrest (P32733)
500 Woodward Avenue, Suite 2500
Detroit, Michigan  48226
(313) 961-0200, (313) 961-0388 (facsimile)
ref@krwlaw.com