UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                                CIVIL ACTION NO. 05-80598

v.

                                DISTRICT JUDGE GERALD E. ROSEN

FADI HAYDOUS,

    Defendant.
_____/

## ORDER DENYING DEFENDANT'S MOTION FOR TERMINATION OF BALANCE OF SUPERVISED RELEASE

Before the Court is Defendant's Motion for Termination of Balance of Supervised Release. The Court being fully advised in the premises,

**IT IS HEREBY ORDERED** that the motion is DENIED.

SO ORDERED.

                                s/Gerald E. Rosen
                                Gerald E. Rosen
                                United States District Judge

Dated: May 25, 2007

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 25, 2007, by electronic and/or ordinary mail.

                                s/LaShawn R. Saulsberry
                                Case Manager